# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 1, 2015

## NO. 03-15-00309-CV

**The United Healthcare Choice Plus Plan for City of Austin Employees
and The City of Austin, Appellants**

**v.**

**Charles Lesniak, Appellee**

**APPEAL FROM 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the interlocutory order signed by the trial court on April 29, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's interlocutory order denying appellants' plea to the jurisdiction and renders judgment dismissing appellee's claims for lack of jurisdiction. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.